| | CIVIL MINUTE ENTRY |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **June 22, 2018** |
| **TIME:** | **10:00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 14-1718 (FB)** |
| **NAME OF CASE(S):** | **United States of America et al v. Astrazeneca Biopharmaceuticals, Inc. et al** |
| **FOR PLAINTIFF(S):** | **Pepper for plaintiffs, Abell for United States** |
| **FOR DEFENDANT(S):** | **Spencer for State Attorneys General, Dodds for defendants** |
| **NEXT CONFERENCE(S):** | **STATUS CONFERENCE WILL BE HELD AT 4:00 PM ON JULY 27, 2018** |
| **FTR/COURT REPORTER:** | N/A |

**TELEPHONE CONFERENCE RULINGS:**

**Absent further application to the Court, A FURTHER CONFERENCE WILL BE HELD, IN PERSON, AT 4:00 PM ON JULY 27, 2018. ALL PRINCIPALS MUST BE PRESENT, AND ALL DOCUMENTS DISCUSSED TODAY MUST BE AVAILABLE ON A COMPUTING DEVICE ABLE TO EDIT THEM BROUGHT TO THE CONFERENCE BY COUNSEL FOR THE UNITED STATES.**