IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; THE STATES OF CALIFORNIA, DELAWARE, CONNECTICUT, MARYLAND, COLORADO, FLORIDA, GEORGIA, ILLINOIS, INDIANA, HAWAII, LOUISIANA, MICHIGAN, MONTANA, NEW HAMPSHIRE, NEW MEXICO, NEW YORK, NEVADA, TENNESSEE, NEW JERSEY, RHODE ISLAND, OKLAHOMA, WISCONSIN, NORTH CAROLINA, MINNESOTA AND WASHINGTON, THE CITY OF CHICAGO AND THE DISTRICT OF COLUMBIA ex rel. ALLISON ZAYAS,<br><br>Plaintiff-Relator,<br><br>v.<br><br>ASTRAZENECA BIOPHARMACEUTICALS, INC., ASTRAZENECA PLC, ASTRAZENECA LP, and ASTRAZENECA PHARMACEUTICALS LP,<br><br>Defendants. | CIVIL ACTION: 1-14-cv-01718 |

## JOINT STIPULATION AND MOTION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement and Mutual Release, Relator Allison Zayas ("Relator"), by and through her undersigned counsel, and Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("Defendants"), by and through their undersigned counsel (collectively the "Parties"), hereby stipulate and agree that all of Relator's claims in this action are dismissed with prejudice. The Parties further stipulate and agree that the dismissal of claims in this action shall be without prejudice as to the United States, the Plaintiff States,[1] and the City of Chicago.

---

[1] The Plaintiff States in the Ninth Amended Complaint included the States or Commonwealths of California, Delaware, Florida, Georgia, Illinois, Hawaii, Indiana, Louisiana, Massachusetts, Michigan, New Mexico, Montana,

1

The Parties have conferred with representatives of the United States, the Plaintiff States, and the City of Chicago, and the United States, the Plaintiff States and the City of Chicago consent to the above dismissals.

WHEREFORE the Parties hereby move the Court for an order dismissing this action with prejudice as to Relator's claims against the Defendants, and without prejudice as to the United States', the Plaintiff States', and the City of Chicago's claims against the Defendants.

Dated: August 10, 2018

Respectfully submitted,

| /s/ James J. Pepper | /s/ John C. Dodds |
|---|---|
| James J. Pepper<br>The Pepper Law Firm, LLC<br>1824 August Drive<br>Jamison, PA 18929<br><br>Frederick P. Santarelli<br>Elliott Greenleaf, P.C.<br>Corporate Center V<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422<br><br>Brian P. Kenney<br>Brian P. McCafferty<br>Tavy Deming<br>Kenney & McCafferty, P.C.<br>1787 Sentry Parkway West,<br>Building 18, Suite 410<br>Blue Bell, PA 19422<br><br>William Meyers<br>David Chizewer<br>Goldberg Kohn<br>55 E. Monroe Street<br>Suite 3700<br>Chicago, IL 60603<br><br>*Attorneys for Relator Allison Zayas* | John C. Dodds (admitted pro hac vice)<br>Alexandra M. Lastowski (admitted pro hac vice)<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>215.963.5000<br>john.dodds@morganlewis.com<br>alexandra.lastowski@morganlewis.com<br><br>Kelly A. Moore<br>101 Park Avenue<br>New York, NY 10178-0060<br>212.309.6000<br>kelly.moore@morganlewis.com<br><br>*Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP* |

---

New Hampshire, New York, Nevada, Tennessee, Virginia, New Jersey, Rhode Island, Oklahoma, Wisconsin, North Carolina, Minnesota, Connecticut, Colorado, Maryland, Washington, and the District of Columbia.